UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 09,
2015February 09,
2015

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINT BONDERER,

    Defendant.

Case No. 2:15-cr-00028-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CLINT BONDERER, Case No. 2:15-cr-00028-KJM from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ $50,000

        __X__ Unsecured Appearance Bond $ $50,000, cosigned by wife and sister

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): Pretrial services conditions. To be released to Pretrial Services at 9:00 AM on 2/10/2015

Issued at Sacramento, California on February 09, 2015February 09, 2015 at 2:20 P.M.

By: _____
Magistrate Judge Carolyn K. Delaney