1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8      UNITED STATES OF AMERICA,          )       Case №:2:15-cr-00028 KJM
                                          )
9                      Plaintiff,         )              O R D E R
                                          )         APPOINTING COUNSEL
10             vs.                         )
       CLINT D BONDERER,                   )
11                                        )
                       Defendant.         )
12                                        )
                                          )
13     _____)

14          The defendant has, under oath, sworn or affirmed as to his financial inability to employ
       counsel.

15
            OFFENSE: 18 USC § 286
16
            CJA Panel attorney Christopher Haydn-Myer is hereby appointed effective February 10,
17     2015, the date the Office of the Federal Defender first contacted him.

18          APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED FINANCIAL AFFIDAVIT

19     SUPPORTING APPOINTMENT.

20     Dated:  February 11, 2015

21                                                 _____
                                                   CAROLYN K. DELANEY
22                                                 UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

ORDER APPOINTING COUNSEL               1