1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**

NOV 19 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:15-CR-28

                    Plaintiff,          [PROPOSED] ORDER SEALING DOCUMENTS
12                                       AS SET FORTH IN GOVERNMENT'S NOTICE
              v.
13
   CLINT D. BONDERER,
14
                    Defendant.
15

16

17        Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18 Request to Seal, IT IS HEREBY ORDERED that the plea greement as to defendant Bonderer and the

   Government's Request to Seal shall be SEALED until further order of this Court.
19
          It is further ordered that access to the sealed documents shall be limited to the government and
20
   counsel for the defendant.
21

22
   Dated: __11/19/15__         _____
23                             THE HONORABLE KIMBERLY J. MUELLER
                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28